IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 3:18-CV-2384-S |
| LINDA DANIELS, | § § | |
| Respondent. | § § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the pleadings, files, and records in this case, and the findings and recommendation of the magistrate judge, the Court concludes that the findings and conclusions are correct and are therefore adopted as the Findings of the Court. Accordingly, the *United States' (IRS) Petition to Enforce IRS Summons*, filed August 24, 2018, is hereby **GRANTED**.

It is therefore **ORDERED** that Respondent Linda Daniels appear before Revenue Officer Bernadette Letcher, or another officer of the Internal Revenue Service, at 1100 Commerce Street, Dallas, Texas 75242, on **Tuesday, September 25, 2018, at 11:00 a.m.** and testify to the matters specified in the summons attached as Exhibit "1" to the petition of the United States of America filed in this matter. All court costs are hereby taxed against Respondent.

It is further ordered that any Revenue Officer of the Internal Revenue Service is appointed to serve a copy of this order on Respondent.

SIGNED on this 16th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE